UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**15 CV 0867**

Malik Norris
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

E.S.U officers Captain Frazier 1397, C.O Boalett 18902, Brain 14814, Davis 14391, Bunch 18742, Cai 18409 Souffrat 18762, C.O Bryan and C.O Davis
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
2015 FEB -4 PM
SDNY PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   Malik Norris
            ID #   888-14-00385
            Current Institution   Manhattan House
            Address   125 white st., Ny, Ny 10013

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   Captain Frazier            Shield # 1397
                  Where Currently Employed   G.R.V.C
                  Address   09-09 Hazen st East Elmhurst Ny 11370

Defendant No. 2   Name Barlett                              Shield # 18907
                  Where Currently Employed G.R.V.C
                  Address 09-09 Hazen St
                          East Elmhurst NY 11370

Defendant No. 3   Name Brain                                Shield # 14814
                  Where Currently Employed G.R.V.C
                  Address 09-09 Hazen St
                          East Elmhurst NY 11370

Defendant No. 4   Name Darus                                Shield # 14391
                  Where Currently Employed G.R.V.C
                  Address 09-09 Hazen St
                          East Elmhurst NY 11370

Defendant No. 5   Name Co.                                  Shield # 18409
                  Where Currently Employed G.R.V.C
                  Address 09-09 Hazen St
                          East Elmhurst NY 11370

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
This situation occur in G.R.V.C.

B.  Where in the institution did the events giving rise to your claim(s) occur?
This event happened in 13 A the box area.

C.  What date and approximate time did the events giving rise to your claim(s) occur?
It was on 10/30/14 at 2300 x0731.

**D.   Facts:** On Octobere 30 2014 e.s.u assaulted me and a few other inmates, when did not recieve the proper medical attention, but I would like to know do the facility accept this in they institution. They tore certain ligiments in my hands, feet and probly other places to. E.S.U have been mistreating me and I am in fear for my life. I was unconciousness they kick me to wake up. Then the doctors gave me my treatment than sent me to my housing unit. I was in massive pain, my eye was also throbbing the pain was a nine out of ten. This suppose to be care, custody and control not abuses the inmates. They took all my lien and had me sleeping on just a matress that is unsanitize. Its like G.R.V.C allow e.s.u to do what ever they want in they institution that is rediculess. Some action need to be done about it, because this is really abnormal for human beings to be treated this way. They had officers putting they hands on me that didn't suppose to touch me at all.

*(margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. For my hands I have been complaining to the doctors my eye socket and left arm. It seems like anyone do not care not evening the captains or deputies.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
G.R.V.C

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ✓   Do Not Know ____

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓   No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

   1. Which claim(s) in this complaint did you grieve? _____

   2. What was the result, if any? _____

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

_____

_____

_____

_____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). They need to come to understand the or be Resonable because this can not just be happen to me or other Inmates. It is not right to be mistreating human beings like this.

VI.  **Previous lawsuits:**

| On these claims |

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

[On other claims]

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ✓  No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff [illegible strikethrough] Malik Norris

Defendants C.O. Mihail, Deputies W.J Smith, MS. Banks, Mr. Durant

2. Court (if federal court, name the district; if state court, name the county) State

3. Docket or Index number 14-Cv-9305 (LaP)

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit Loretta A. Preska

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

Rev. 05/2010                                    6

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26 day of January, 2015.

Signature of Plaintiff   Malik Norris

Inmate Number   888-14-00365

Institution Address   125 White St.

New York, New York 10013

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26 day of January, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Malik Norris

*Rev. 05/2010*                                                7



With Norris 888 14 0038S
125 White St
New York, NY 10013

RECEIVED
SDNY PRO SE OFFICE
2015 FEB -4 P 12:01

USM-P3 SDNY

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007